C. Napier Blakeley, as Ancillary Executor of the Estate of Wilson W. Butler, Deceased, Respondent, v. Agency of Canadian Car & Foundry Company, Limited, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

John Berrigan, Respondent, v. Sarah Barocas et al., Doing Business as Vicmor Realty Co., Appellants.— Order unanimously modified by eliminating item 2 of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Reisinger Realty Corporation, Respondent, v. Ralph B. Strassburger, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Augusta L. Sauer, Respondent, v. John J. Sauer, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Edith W. Harwood v. Wallace W. Harwood.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See ante, p. 974.]

In the Matter of Candelaria Gold and Silver Mining Company. David Obler; Walter E. Ernst, as Liquidator of Candelaria Gold and Silver Mining Company, et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 983.]

Consolidated Edison Company of New York, Inc., v. Sterling Leasing Co., Inc., et al.,— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See ante, p. 964.]

Consolidated Edison Company of New York, Inc., v. Walter J. Salmon et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See ante, p. 964.]

Consolidated Edison Company of New York, Inc., v. Atlantic Leasing Co., Inc., et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See ante, p. 965.]